# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN DOE and JANE DOE, ETC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| CITY OF ALABASTER, CITY OF ) | 2:11-cv-03448-VEH |
| PELHAM, CITY OF HOOVER, ) | |
| CITY OF LEEDS and CITY OF ) | |
| IRONDALE, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

COMES NOW the plaintiffs, individually and as representatives of the class or classes described in the Complaint, and under Rule 41(a)(1) file this Notice of Dismissal of the City of Hoover without prejudice, noting that the City of Hoover has filed neither an Answer nor a Motion for Summary Judgment.  Accordingly, it is the right of the plaintiffs to dismiss this action against the City of Hoover without a court order by filing this Notice of Dismissal.

*s/ George Huddleston*
George Huddleston, Esq.
E-mail hooaah@bellsouth.net
2629 Dolly Ridge Road
Birmingham, Alabama 35243
Telephone: 205-563-2900
Facsimile: 205-967-1599

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on February 15, 2012 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of record, and I have mailed the same to non-CM/ECF participants via United States Mail properly addressed and first class postage prepaid, to wit:

James W. Porter, II, Esq.
Porter, Porter & Hassinger, P.C.
215 21st Street North, Suite 1000
P.O. Box 128
Birmingham, Alabama 35201-0128

George W. Royer, Jr., Esq.
David J. Canupp, Esq.
LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087
2101 West Clinton Avenue, Suite 102 (35805)
Huntsville, AL 35804

                                        *s\ George Huddleston*
                                        Of Counsel